[No. 15359-5-I.   Division One.   June 9, 1986.]

*In the Matter of the Marriage of* ANN LYNN
SLOAN, *Appellant, and* NEEDHAM B.
SLOAN, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 82-3-00710-2, Byron L. Swedberg, J., entered August 10, 1984. *Reversed* and *remanded* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Swanson, J.

[No. 15107-0-I.   Division One.   June 9, 1986.]

THE STATE OF WASHINGTON, *Appellant,* v. KENNETH
PAUL DOWS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 83-1-00765-4, Francis E. Holman, J., entered July 3, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Grosse, J., and Johnsen, J. Pro Tem.

[No. 14150-3-I.   Division One.   June 9, 1986.]

*In the Matter of the Marriage of* JANE HAUGEN,
*Appellant, and* HENRY HAUGEN, *Respondent.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81-3-01022-1, Daniel T. Kershner, J., entered December 14, 1983. *Reversed* and *remanded* by unpublished opinion per Coleman, J., concurred in by Ringold, A.C.J., and Swanson, J.